In the Matter of the Application of FLORENCE N. REINHARDT, Respondent, for a Peremptory Order of Mandamus against JOSEPH F. LOEHR, as Mayor, JAMES E. HUSHION, as Comptroller, CHRISTOPHER J. SHERIDAN, as City Engineer, LEONARD G. MCANENY, as Corporation Counsel, and JOHN J. CONDON, as President of the Common Council, and All Constituting the Board of Estimate and Apportionment of the City of Yonkers, N. Y., and NICHOLAS J. EBBITT, as Commissioner of Public Welfare of Yonkers, N. Y., Appellants.— Peremptory order of mandamus directing the defendants to reinstate the petitioner to her position as social agent or investigator in the department of charities or department of public welfare of the city of Yonkers, unanimously affirmed on the law and not in the exercise of discretion, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of JOSEPH H. SAND and Another, Constituting the Firm of WOLFSON & SAND, Appellants, for an Order Granting Leave to Bring an Action against BROOKLYN TRUST COMPANY, as Committee of the Person and Property of MARY MADDEN, an Incompetent, Respondent.— Order denying application for leave to bring an action against the committee of the incompetent to recover the reasonable value of services rendered and expenses incurred in appearing as attorneys in the incompetency proceeding affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.